| | |
|---|---|
| NICHOLAS ANTHONY TURNBILL, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 3:23-cv-164 |
| v. ) | |
| ) | Judge Atchley |
| ANDERSON COUNTY DETENTION ) | |
| FACILITY and DEPUTY FULTZ, ) | Magistrate Judge McCook |
| ) | |
| *Defendants*. ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, this prisoner's pro se complaint for violation of 42 U.S.C. § 1983 is **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

/s/ *Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT

/s/ *Leanna Wilson*
LeAnna Wilson
CLERK OF COURT